UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1440

FRANKLIN BASNIGHT,

Plaintiff – Appellant,

v.

HAMPTON ROADS SHIPPING ASSOCIATION, International Longshoremen's Association Fringe Benefit Escrow Fund's (HRSA-ILA Fund); MANAGEMENT; JOHN CALVERT BOWERS, President, International Longshoremen's Association,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:04-cv-00782-MSD-FBS)

Submitted: August 20, 2009                    Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Franklin Basnight, Appellant Pro Se.  Dean Taylor Buckius, VANDEVENTER BLACK, LLP, Norfolk, Virginia; David Andrew Buzard, JEREMIAH A. DENTION, III, PC, Virginia Beach, Virginia, Carroll Arthur Rutter, Jr., RUTTER & MILLS, LLP, Norfolk, Virginia, John P. Sheridan, MARRINAN & MAZZOLA MARDON, PC, New York, New York, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Basnight appeals the district court's order denying what it construed to be a Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's March 21, 2007, order dismissing Basnight's action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Basnight v. Hampton Roads Shipping Ass'n, 2:04-cv-00782-MSD-FBS (E.D. Va. filed March 30, 2009; entered March 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED